MICHAEL M. EDWARDS. ESQ.
Nevada Bar No. 6281
**MESSNER REEVES LLP**
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-Mail: medwards@messner.com
*Attorneys for Defendants*
PRUDENTIAL FINANCIAL, INC., THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA, and PRUCO SECURITIES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH B. ACOBA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC.; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; PRUCO SECURITIES, LLC; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-02048-KJD-VCF<br><br>**JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Plaintiff Elizabeth B. Acoba and Defendants Prudential Financial, Inc., The Prudential Insurance Company of America, and Pruco Securities, LLC, (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and agree that all claims, counterclaims, affirmative defenses and the like, whether known or unknown, arising out of the facts and claims raised in and relating to the above entitled action shall be dismissed in their entirety WITHOUT PREJUDICE as to

/ /

/ /

{03882883 / 1}

1

1  Defendants Prudential Financial Inc. and Pruco Securities LLC only, with each party to bear
2  his/her/its own cost and fees, including attorney fees.
3  DATED this 27th day of December, 2019.        DATED this 27 th day of December, 2019.

5  _____              /s/ Larson A. Welsh
   Michael M. Edwards, Esq.                      _____
6  MESSNER REEVES LLP                            Garry L. Hayes, Esq.
7  8945 West Russell Road, Suite 300             Larson A. Welsh, Esq.
   Las Vegas, Nevada 89148                       Law Offices of Hayes & Welsh
8  *Attorneys for Defendants*                    199 North Arroyo Grande Blvd., Suite 200
   PRUDENTIAL FINANCIAL, INC., THE               Henderson, Nevada 89074
9  PRUDENTIAL INSURANCE COMPANY                  Attorneys for Plaintiff,
   OF AMERICA, and PRUCO SECURITIES,             ELIZABETH B. ACOBA
10 LLC.
11
   DATED this 27 day of December, 2019.
12

13 _____
   Michael M. Edwards, Esq
14 MESSNER REEVES LLP
   8945 W. Russell Road, Suite 300
15 Las Vegas, NV 89148
16 *Attorneys for Defendants*

17     **IT IS SO ORDERED.**
18                                               _____
19                                               UNITED STATES DISTRICT JUDGE
                                                 DATED:  January 10, 2020
20

{03882883 / 1}                                   2